NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROYRITA K. YARBOUGH,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-1632, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Secretary's motion to stay the briefing schedule pending the resolution of the pending motion to dismiss for lack of jurisdiction,

IT IS ORDERED THAT:

The motion is granted.

ROYRITA YARBOUGH v. SHINSEKI                                     2


                                    FOR THE COURT

                                    /s/ Jan Horbaly
                                    Jan Horbaly
                                    Clerk

s27